**Elmer P. SCHECKEL, Appellant,**

**v.**

**IOWA DEPARTMENT OF REVENUE AND FINANCE, Appellees,**

**Gerald D. Bair, Director, Defendant.**

**No. 04–1606.**

United States Court of Appeals, Eighth Circuit.

Submitted: June 29, 2004.

Decided: July 2, 2004.

Elmer P. Scheckel, Oelwein, IA, Plaintiff–Appellant Pro Se.

Marcia Elisabeth Mason, Attorney General's Office, Des Moines, IA, for Defendants–Appellees/Defendant.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM:

Elmer P. Scheckel appeals the district court's[1] dismissal with prejudice of his civil complaint. Mr. Scheckel sought various kinds of injunctive relief, including a refund of all state income taxes paid to the State of Iowa and an injunction against tax collection. Having carefully reviewed the record, we conclude dismissal was proper. *See* 28 U.S.C. § 1341 (Tax Injunction Act); Iowa Code §§ 421.10, 421.60, 422.28, 422.29 (2003) (providing procedures for challenging state taxes); *Rosewell v. LaSalle Nat'l Bank,* 450 U.S. 503, 512, 101 S.Ct. 1221, 67 L.Ed.2d 464 (1981) (Tax Injunction Act bars federal jurisdiction where state law provides certain minimal procedures for challenging state taxes); *see also Fair Assessment in Real Estate Ass'n v. McNary,* 454 U.S. 100, 107–08, 102 S.Ct. 177, 70 L.Ed.2d 271 (1981).

---

* The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas.

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.